■ MONARCH LONG BEACH CORP., Respondent, v SOFT DRINK WORKERS, LOCAL 812, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al., Appellants. —Order of the Supreme Court, Nassau County, dated August 25, 1978, affirmed, with $50 costs and disbursements (see *Barclay's Ice Cream Co. v Local No. 757 of Ice Cream Drivers & Employees Union,* 41 NY2d 269, mot to amend remittitur granted 42 NY2d 870, cert den 436 US 925 [46 USLW 3740]). Latham, J. P., Damiani, Gulotta and Cohalan, JJ., concur.